UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-22794-UNGARO/TORRES

EDWARD SANTANA,

    Plaintiff,

v.

KENDALL CR, LLC,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

This matter is before the Court upon the Defendant's Motion to Enforce Settlement Agreement [D.E. 65] that was referred for disposition [D.E. 68]. Upon review of the record, including Plaintiff's representation that he shall never again seek to communicate with any employee of the Cadillac Ranch nor ever enter onto Defendant's property, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's Motion to Enforce Settlement Agreement is GRANTED.

2. Plaintiff is ordered to comply with the Settlement Agreement executed by Plaintiff on December 20, 2011, including but not limited to the provision that Plaintiff shall never again step foot on Defendant's premises. It was a material term of the Settlement Agreement that Plaintiff have no further dealings, involvement, or communication with Defendant's premises or its employees or agents. Accordingly, Plaintiff is on notice, as he stipulates to, that Plaintiff's agreement includes any entry upon the parking lot in question or knowing communication with any of Defendant's

employees or agents.  The Court can, if necessary, enforce this material term through contempt if future violations occur.

      3.     Defendant shall now comply with any remaining provisions of the Settlement Agreement within two business days from the date of this order.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of January, 2012.

                                                      */s/ Edwin G. Torres*
                                                      EDWIN G. TORRES
                                                      United States Magistrate Judge